UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-60647-RNS

DARIO CAMILLE,

    Plaintiff,

vs.

INTEGRATED TECH GROUP, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

## STIPULATION AND JOINT MOTION TO STAY PENDING ARBITRATION

    Plaintiff, DARIO CAMILLE, and Defendant, INTEGRATED TECH GROUP, LLC, pursuant to 9 U.S.C. § 2, hereby respectfully request that this Court stay further proceedings in this action pending the completion of arbitration. The grounds for this Motion are as follows:

    1.    Plaintiff's Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, arising in connection with Plaintiff's employment with Defendant.

    2.    As a condition of his employment, Plaintiff agreed to arbitrate any claims arising out of his employment with Defendant.

    3.    Accordingly, the Parties intend to proceed with binding arbitration pursuant to the applicable arbitration agreement, and they have agreed to a stay of this action pending arbitration.

    WHEREFORE, Plaintiff, DARIO CAMILLE, and Defendant, INTEGRATED TECH GROUP, LLC, respectfully request that this Court enter an Order staying this matter pending the conclusion of arbitration. The Parties further request such other relief as this Court deems just and proper.

| | |
|---|---|
| **GALLUP AUERBACH**<br>5521 N. University Drive, Ste. 204<br>Coral Springs, FL 33067<br>Telephone: (954) 894-3035<br><br>By: *Jacob K. Auerbach*_____<br>   Jacob K. Auerbach<br>   Florida Bar No.<br>   E-mail: JAuerbach@gallup-law.com<br>   *Counsel for Plaintiff* | **LITTLER MENDELSON, P.C.**<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida  33131<br>Telephone: (305) 400-7500<br><br>By:  *Stefanie M. Mederos*_____<br>   Jonathan A. Beckerman<br>   Florida Bar No. 568252<br>   E-mail: jabeckerman@littler.com<br>   Stefanie M. Mederos<br>   Florida Bar No. 12041<br>   E-mail: smederos@littler.com<br>   *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of April 2019, a true and correct copy of the foregoing document was filed with the Clerk of Court by using the Florida Courts E-Filing Portal and served this day on all counsel of record identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by the Florida Courts E-Filing Portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Stefanie M. Mederos*_____
                                             Stefanie M. Mederos, Esq.

## SERVICE LIST

*COUNSEL FOR PLAINTIFF*

Jacob K. Auerbach, Esq.
GALLUP AUERBACH
5521 N. University Drive, Ste. 204
Coral Springs, FL 33067
E-Mail:  JAuerbach@gallup-law.com
Telephone: (954) 894-3035

*CO-COUNSEL FOR PLAINTIFF*

David A. Netburn, Esq.
Florida Bar No. 83781
E-Mail:  Lawoffice@RolnickNetburn.com
ROLICK & NETBURN
5521 N. University Drive, Ste. 204
Coral Springs, FL 33067

*COUNSEL FOR DEFENDANT*

Jonathan Beckerman, Esq.
Florida Bar No. 568252
E-mail: scolombo@littler.com
Stefanie M. Mederos, Esq.
Florida Bar No. 12041
E-mail:  smederos@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552